IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

KEVIN VALENTION TAYLOR,

    Plaintiff,

v.                                                             Case No. 2:25-cv-02843-MSN-cgc

UNITED STATES OF AMERICA
and UNITED STATES
PRESIDENT DONALD TRUMP,

    Defendants.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Before the Court is the Magistrate Judge's Report and Recommendation (ECF No. 9, "Report"), entered February 4, 2026. The Report recommends dismissing Plaintiff's claims "as being frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) as well as for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." (ECF No. 9 at PageID 22.) Plaintiff had fourteen (14) days after being served to file objections. Plaintiff has not submitted any objections or otherwise responded to the Report.

**STANDARD OF REVIEW**

Congress enacted 28 U.S.C. § 636 to relieve the burden on the federal judiciary by permitting the assignment of district court duties to magistrate judges. *See United States v. Curtis*, 237 F.3d 598, 602 (6th Cir. 2001) (citing *Gomez v. United States*, 490 U.S. 858, 869–70 (1989)); *see also Baker v. Peterson*, 67 F. App'x 308, 310 (6th Cir. 2003). For dispositive matters, "[t]he district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. §636(b)(1). After reviewing the

evidence, the court is free to accept, reject, or modify the magistrate judge's proposed findings or recommendations. 28 U.S.C. § 636(b)(1). The district court is not required to review—under a *de novo* or any other standard—those aspects of the report and recommendation to which no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *See id.* at 151.

## DISCUSSION

The Court has reviewed the Report and the entire record in this matter and finds no clear error in the Magistrate Judge's analysis or conclusions.  The Magistrate Judge warned that:

> ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE SAID OBJECTIONS OR EXCEPTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF THE OPPORTUNITY TO RAISE OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.

(ECF No. 9 at PageID 23.)  Despite this clear warning, no objections were filed.

## CONCLUSION

Accordingly, the Court hereby **ADOPTS** the Report and Recommendation (ECF No. 9) in its entirety.  Plaintiff's Complaint (ECF No. 2) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of February, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE